IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**RONALD W. WALDEN, JR.,**

    Plaintiff,                                        Civil Action No: 2:21-cv-333-AWA-RJK

    v.

**JPM REAL ESTATE VA, L.L.C.,**
a Virginia Limited Liability Company,

    Defendant.

## STIPULATION OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendant JPM Real Estate VA, L.L.C. (together, "Parties") reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by all parties and attached to this Stipulation as Exhibit A. Accordingly, the parties request that the Court enter the attached order and remove this action from the Court's docket.

                                                        **Ronald W. Walden, Jr.**

                              By: */s/ Deborah C. Waters*
                                       Deborah C. Waters, Esquire
                                       Virginia State Bar # 28913
                                       L. Clayton Magee, Esquire
                                       Virginia State Bar # 95399
                                       Waters Law Firm, P.C.
                                       Town Point Center Building, Suite 600
                                       150 Boush Street
                                       Norfolk, VA 23510
                                       Telephone: (757) 446-1434
                                       Facsimile: (757) 446-1438
                                       dwaters@waterslawva.com
                                       cmagee@waterslawva.com
                                       *Counsel for Plaintiff*

        **PM Real Estate VA, L.L.C.**

  By: */s/G. Bethany Ingle*
     G. Bethany Ingle, Esquire
     Virginia State Bar # 78622
     Littler Mendelson P.C.
     1650 Tysons Boulevard
     Suite 700
     Tysons Corner, VA 22102
     Telephone: (703) 442.8425
     Facsimile: (703) 442.8428
     gingle@littler.com
     *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2022, I have filed the foregoing document via the Court's CM/ECF system, which will make electronic service on the following:

G. Bethany Ingle, Esquire
Littler Mendelson P.C.
1650 Tysons Boulevard
Suite 700
Tysons Corner, VA 22102

By: */s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
L. Clayton Magee, Esquire
Virginia State Bar # 95399
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
dwaters@waterslawva.com
cmagee@waterslawva.com

*Counsel for Plaintiff*