IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RONALD W. WALDEN, JR.,

    Plaintiff,                            Civil Action No: 2:21-cv-333-AWA-RJK

    v.

JPM REAL ESTATE VA, L.L.C.,
a Virginia Limited Liability Company,

    **Defendant.**

## AGREED DISMISSAL ORDER

Plaintiff Ronald W. Walden Jr. and Defendant JPM Real Estate VA, L.L.C. (together, "Parties") represented to the Court the Parties entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the docket of this Court.

Norfolk, Virginia

*Arenda L. Wright Allen*
United States District Judge

ENTERED:   03 / 01 / 2022